LF 028
(Rev. 11/04/2019)

# 1:22-CV-3082

## PRISONER CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. · Atlanta

AUG – 4 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

David Zavala #0157-4120

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Warden Nash, Jail Admin.
Whitehead, Cpt. Camarero,
Lt. Odihambo, et al.

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

## I.    Previous Lawsuits

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )    No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    David Zavala, Pro Se

LF 028
Rev. 11/04/2019

Defendant(s): _Ward et al.,_

2.  Court (name the district): _Middle District of GA_

3.  Docket Number: _5:19-CV-00383-TES-CHW_

4.  Name of judge to whom case was assigned: _Magistrate Wiegle_

5.  Did the previous case involve the same facts?

    Yes ( )   No ( ✓ )

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
    _Active Appeal in 11th Cir. # 21-10989-JJ_
    _(See attachments)_

7.  Approximate date of filing lawsuit: _September 2019_

8.  Approximate date of disposition: _March 2021_
    _→ (See attached) ←_

## II.  Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Place of Present Confinement: _U.S. Penitentiary of ATL_

B.  Is there a prisoner grievance procedure in this institution?

    Yes ( ✓ )   No ( )

C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes ( ✓ )   No ( )

D.  If your answer is YES:
    1.  What steps did you take and what were the results?
        _Plaintiff made endless earnest attempts to_
        _exhaust despite this institution's mainly under-_
        _handed tactics to make the procedure_
        _unavailable eventually facing threats &_

2

## – Attachment page –

I. Previous Law-Suits c. (Page 2)

1. ZAVALA v SPINDEL et al.,
2. Northern District of GA
3. 1:20-CV-04416-SDG-RDC
4. Assigned to Magistrate Regina Cannon
5. Different facts from this suit
6. Pending
7. Filed on or about September 2020 ³ Pending.

– Page 2 continued –

LF 028
Rev. 11/04/2019

_on-going retaliations to this date._

2.      If your answer is NO, explain why not:      _____

_____

_____

## III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.      Name of Plaintiff: _David Zavala, pro sé_

_____

Address(es): _USP of ATL_
_PO Box 150160_
_Atlant GA 30315_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.      Defendant(s): _MS. C.Nash_

_____

Employed as _Warden_

at _USP of ATL_        _–See Attached–_

## IV.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

( √ ) Federal official (a *Bivens* claim)
(   ) State or local officials (a § 1983 claim)

-Attachment page-

III. Parties B. Defendants (page 3)

1. C. Nash as Warden
2. Ms. Whitehead as Jail Administrator
3. Cpt. Brownfield as Capiton over SHU
4. Cpt. Camareno as current Capitan over SHU
5. Lt. Odihambo as Lt. over SHU
6. Lt. Harris as Lt. over SHU
7. Lt. Arnold as Lt. over SHU
8. Lt. Williams as Head Lt. of USP of ATL
9. Ms. Peterson / Dorsey as Unit Manager of SHU
10. Mr. Johnson as Recreation Officer of SHU
11. Mr. Westbrook as SHU officer

*Each defendant is sued in both official & individual capacities at all times here mentioned committed these acts & omissions under color of Federal Law while working for the BOP @ USP of ATL in Atlanta, GA.

- Page 3 continued-

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____ N/A _____

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____ 5th _____ 5th & 14th Amendment Rights Under

_____ The U.S. Constitution _____

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*) _____

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On or about December, 13th 2019, I was transferred from state GDC custody to federal BOP custody @ USP of ATL to be housed as a pre-trial detainee. Since before my arrival to this institution, has been infamous for its mis-management, staff corruptions, inhumane conditions, & mass cover ups of such.

2) Upon arrival, I was housed in the pre-trial detention center unit, until @ approximately 8pm when Lt. Odinambo declared I would be moved to "SHU" for no other reason other than "we gotta check uru cut". No diciplinary report or lockup order was issued, nor did I recieve any hearing for this deprivation of liberty. My first night @ USP of ATL was spent in SHU, & for the next 2 weeks, I was introduced to its draconian & inhumane conditions.

( See Attached pages 1-18 )

4

- Attachment page -
(1)

# I. Statement of Claims Continued...

3.) From the time of my arrival to new years eve of 2019 I made several complaints concerning the arbitrary manner in which I was placed in SHU & egregious & inhumane conditions of confinement to several unknown administrators including Lt. Odihombo; & on another occasion a man identified by other inmates as Cpt. Brownfield. The verbal complaints brought no relief. Both Cpt. & Lt. claimed I would stay in SHU because I was "Hi-max" & informed I would have to wait until an unidentified pre-trial counselor made rounds to obtain grievances.

4.) Being unfamiliar with staff I decided to make a sign & post it on my door window denouncing the numerous violations occuring & requesting grievance forms. This was done in hopes to draw my counselors attention or that of a higher authority. Days later a unknown black male which I believe was an assistant warden asked me questions after reading my signs. He promised to look into my situation & have me in my respective pre-trial unit if I took my sign down. A few days later on new years eve of 2019 I was finally released from SHU.

5.) Unfortunately on August 7th, 2020 I was caught in possesion of a cell phone & agian housed in SHU by August 12th. This time a diciplinary report was issued & I was sanctioned 30 days in SHU. Nonetheless, some how my 30 sanction turned into an 18 month stay in some of the most punitive conditions dished out by the BOP.

6.) Upon submittion to the SHU I was placed in one of the two security cells known as the "Left Pocket". Unsanitary

-Attachment page-
(2)

**I. Statement of Claims Continued...**

conditions, mold, mice, & insect infestations are the norm in every cell of this SHU. Upon being placed in the "Left Pocket" I pointed out to several officers including officer Westbrook & Lt. Odihambo that not only did the shower in the cell not work but also that the abnormally large & rusted metal bed frame bolted down in the middle of the cell deprived me of all but approximately 3 feet of space of mobility & that given the fact that this SHU is known not to run recreation I could loose my mind in that cell with no room to stretch & exercise.

7.) Both Cpt. Brownfield & Lt. Odihambo refused to move me to a cell that met my basic human needs of a shower & space to move around on several occations for weeks, even the next day after maintnace informed them ~~to be~~ the shower would remain inoperable due to missing parts. I was told I would remain in the "Left Pocket" regardless because I was a pre-trial & could not be housed around sentenced inmates.

8.) On August 15th, 2020 I informed an unidentified SHU officer that I had not showered in over 4 days & started to develop an allergic skin reaction more than likely caused by the filthy conditions, excess mold, &/or the rusty bed in the cell. He agreed to move me because he needed it for an inmate playing with feces & "that was an observation cell & I wasn't supposed to be in anyways."

9.) On August 19th, officer Westbrook ordered me to pack up because he had to move me back in the "left pocket". He claimed his supervisor wanted me in that cell despite it's conditions. Before entering the cell both Westbrook & I noticed that large sections of the walls

- Attachment Page -
(3)

I. Statement of Claim Continued...

& window had been covered with feces. After refusing to enter Mr. Westbrook stated "it was no big deal its just a little shit, ill get you some chemicals". That was not enough to make me enter the cell so he threatened to call Lt. & make my stay in SHU longer. Even after complying Westbrook failed to give me any cleaning supplies claiming none were available. Westbrook consistantly denied both cell sanitation & rec time for the ramining months he worked the SHU.

10.) Eventually the walls were wiped down with water & toothpaste yet the smell & brown tint of feces remained. On August 25th I was seen at sick call for the worsened skin infection & was not moved to a cell with a working shower until new warden C. Nash ordered so on August 31st after witnessing the conditions of the cell.

11.) I was finally moved to a regular cell without a rusty metal bed frame impeding mobility & after 12 consecutive days & 5 before that finally had access to a shower. Regardless, I was quickly reminded from my initial 2 week stay that conditions were not much different. Mice, spider, & cochroach infestations were severe in SHU. On an avarage day one can squash atleast 30 roaches & still not be safe from them swarming & crawling over you at night. Some even large enough to be easily mistaken for mice.

12.) There is a policy in place so that we are rotated into random cells every 2-3 weeks yet the conditions are the same in general. There is black mold covering the vents,

– Attachment page –
(4)

## I. Statement of Claims Continue...

Sections of the walls & showers. Every different cell I was put in had filthy mildewy & mold covered shower stalls. The black spots on the walls were obvious to the naked eye. SHU staff & admin never made an effort to clean or sanitize & very seldemly, if ever did they provide us with cleaning supplies to do so ourself.

13.) The decrepit state of the cells & the building in general makes living conditions in SHU @ USP of ATL comparable to those of a slum prison in a third world country. The doors are rusted on the inside of the cells aswell as the bed frames. There are many large holes & crevices uncovered for vermin & insects to thrive in. There is no mirrored surface to see ones reflection nor do we have access to one on commissary to buy one. The cells lack desk or surfaces on which to sit & write as well as lockers to store property safely. During the winter months, for inexplicable reasons, preservation from the windows constantly drip puddles of water in the bottom range cells.

14.) 2 out of every 3 cells I've been housed in have some type of continueous leak eighther from the sink/toilet, shower, &/or even the fire sprinkler. Likewise most cells have clogged drains &/or toilets that maintnace are unable to fix. Untill more recently that this facilities SHU is no longer over populated, we were made to live in those cells regardless; showering in filthy back up drain water & having to endure foul smells from backed up toilets even defecating in bags several days until other cells became available.

15.) Administration & maintnance are aware that the plumbing system is obsolete & decrepit, admitting "they dont need"

- Attachment page -
(5)

I. Statement of Claims Continued...

new parts, they need a whole new prison." Starting around the end of August 2021 for 3 or more months we were deprived of hot-water & forced to take very cold showers. Maintnance officers, Lt. williams, Lt. Arnold, Cpt. Camareno, Unit Manager Peterson/Dorsey & Jail Admin Whitehead claimed there was nothing that could be done about it. To this date there is no secret, according to Warden Nash in April of 2021, that "this building is falling apart." SHU supervisors have finaly closured many of the cells back here with labels on the doors stateing "inoperable", yet many of the shower drains are still backed up forcing us to stand in filthy water.

16.) On or about late November all inmates were moved to the up-stairs tier cells after months of being closured for supposed painting & repairs. Several inmates & I began to voice our complaints after realizing both sink & shower emited brown water with a peculiar chemical scent. We were told to "just run the water & it would go away." A week later the water still had a yellowish tint to it with the same odor but SHU supervisors Lt. Arnold, & Cpt. Camareno asserted it was just old pipes. Throughout the next month inmates on the range, myself included, began to experiance the worst migraines, constant diareah, & severe breakouts of rashes & bumps. Arnold, Camareno, & Whitehead continued to deny a clean water source knowing our only water available was contaminated. This is not the first time inmates were forced to drink toxic water @ USP of ATL. This is not the first time inmates were forced to drink contaminated water.

- Attachment page -
(6)

## I. Statement of Claims Continued...

17.) Cell sanitation & supply issuance is unheard of to this date in this SHU. The difference is that now, for the most part, officers do spray the showers & toilet every other cell rotation but in my previous 18 month stay this occured on less than 5 6 occations. Even then the majority of those instances we were only issued afew "shower pacs" in a cup, which is really hand soap & told to disinfect with those.

18.) Staff consistantly claimed the deprivation of cell sanitation supplies was due to BOP's lack of funds, however, inmate workers would reveal that was a lie & they were just to lazy to pass them out. This became an issue sometime in late January or early February of 2021 around 8pm, while housed in cell 202 upper when all inmates were told to pack up for cell rotation. Every inmate realized that, as usual, the officials attempting to move us did not have sanitation supplies at hand nor did they intend to issue.

19.) Several inmates, myself included, declared we would not continue moving into cells occupied by others during a world wide pandemic without some type of disinfectant. This was necessary after formal more civil request were denied. Instead of taking our health concerns into consideration staff assembled a team of 10 or more officers approaching us with threats to "beat our ass & make us move".

20.) No actual force was used nor necessary because we complied after Lt. Williams gave his word on bringing down supplies from another unit. On this night only the inmates that rose complaints were moved. The camera will show Williams scanning the range for the filthiest, most moldy, smoke polluted cell he could

- Attachment page -
(7)

I. Statement of Claim Continued...

find to move me & my cell mate into. This is one of the cell exchanges in which eventually all we were issued to sanitize were soap pods. Another example of how staff were deliberate indiffrent to our health & safety is SHU camara footage of staff not implementing the use of mask during pandemic necessary procedures i.e. feeding trays. I contracted Covid-19 while in SHU in December of 2021.

21.) SHU staff did not pass out razors or give any opportunity to shave/ cut hair until after sending complaints out through other pre-trial inmates lawyers so malicious mail handlers at the facility could not intercept them. for the first 9 months of 2021 I was denyed hair cuts & my hair shagged post my ears.

22.) In fact, these complaints signed under oath sent to diffrent outside agencies had a significant effect in SHU conditions. Prior to this SHU staff rarely if ever ran any type of clothing exchange & laundry services were unheard of. Any of the numbered occeatrons we were issued clothing exchange items they were so torn, ragged, & mismatched we were better of hand washing anyways.

23.) We were compelled to wash using shower pods & regular bar soap in the sink &/or toilet. Some inmates also discovered that although the only tooth paste allowed in SHU was bad for brushing teeth it could be used to wash clothing. This acktivity & improvised form of having clean laundry got us scolded & subjected to diciplinary action. After Cpt. Camareno took over SHU operations on April 15th, 2021 having clean laundry was rare due to fear of being stripped of clothing & put on

– Attachment page –
(8)

## I. Statement of Claim Continued...

Stripped cell status if caught with a clothes line up

24.) To make matters worse there is no hygene access in SHU commissary & we were issued inadequate items every other week. To this date one must go with foul breath & pungent under-arm odor due to only having access to BOP issued "fresh-mint" toothpaste & "fresh-cent" stick deodorant that does the exact opposite of freshening one up perhaps intensifying bad breath & body odor. Soap to wash ones body was also scarce due to inmates having to handwash clothing.

25.) The air ventilation in SHU is inadequate allowing mold & mildew to thrive & circulate toxic second hand smoke throughout the whole unit from whatever it is inmates smoke. It is public knowledge that USP of ATL is flooded with drugs & a strong chemical drug known as K2. It is highly addictive & emits a strong chemical smell when smoked. Before my late September complaints were sent out SHU staff & prison administrators seemed indiffrent to the vast number of inmates slumped out in there cells in a zombie state & the continous smoke shooting from every other cells door like a chemeny. At best orderlys were instructed to plug up fans during staff walk throughs to dilute smoke.

26.) It was obvious that defendants prefered to see inmates in such stuper thant to hear them complain by the rapid "peek in then rush post your cell" manner in which administrators conduct weekly walk throughs. Nash & Whitehead did not like being burdened & Lt. Odihambo blatantly orders to "smoke our dope & lay down" when we demanded out-of-cell rec time.

- Attachment page-
(9)

I. Statement of Claims Continued...

27.) The pungent toxic exhaled smoke & smoke from toilet paper wics burning all day created an odor strong enough to smell it coming out in the hall way before even turning into the SHU corridor. The unit was refered to by staff & admin as "the Smoke House Unit." The atmosphere & toxic air that were circulated both inside & outside the cells was strong enough to permeate through, stain, & stiffen covid-19 warning & mask use signs that were posted on walls through the unit in late 2020. I discovered this in October of 2021 when I was given permision out of my cell to work on painting the empty unit. By this time the USP of ATL was a ghost town housing only 250 or so inmates due to DoJ intervening in its operations to stop corruption & inhumane treatments. As I removed the visibly smoked covid signs tapped to the walls I put them under the camaras for future evidetiary review.

28.) Despite the constant exposure to toxic smoke & the poor living conditions of the cell we were deprived of virtualy all out-of-cell exersice, fresh-air, sun-light access, or any meaningfull social interaction & enviromental stimuli until my grievances & crys for help made it to the appropriate authorities around late september of 2021.

29.) Rec. Officer Johnson claimed there were not enough cages available for all inmates requesting to participate in rec time & to my best recollection offered rec on less than 5 occations in the first 14 or so months of this 18 month confinement. when requesting rec he would also claim we were only

- Attachment page-
(10)

V. Statement of Claims Continued...

entitled to rec "mondays & wednesday, if & when enough staff was available" & consistantly declared they were short staffed or the "cages are full" excuse. On September 22nd, 2020 you can see Johnson making a very silent round @ approx 5:30 AM offering rec before breakfast. I was up during the sneak round & asked to be put on the rec list waiting for hours only to be told the cages were full.

30.) After many inmates & I made complaints to SHU supervisors & Administrators such as Nash, Whitehead, Brownfield, Odhiambo, Harris, & Arnold Johnson they also concored providing the short staff not enough cages excuses. Lt. William would state he had no say so in SHU operations, but as Lt. over the whole facility-he did. Eventauly Johnson begin to offer rec while I was housed in 235 or 237 upper. He would express his disaproval of my verbal & formal grievances while ramsaking our cell, tearing legal-documents, & confiscating books claiming we had to many. It became evident that he would continue to harrass us in attempt to discourage complaints & requesting recreation.

31.) Finaly by late October an outstanding officer & humane individual, CO Bouvour, was given the possition of rec officer & insured us a minimum of 4 hours of Rec a week. This minimum longer proviston was appreciated until December 2021 when the temperature started droping. Many SHU inmates familiar with BOP operations complained & requested winter jackets as they were @ every other facility. When bringing this request to Cpt. Camareno & Lt. during a December walk-through they

- Attachment page -
(11)

I. Statement of Claims Continued...

Claimed "they didn't have any to issue @ this institution & if we wanted rec would have to tuff it out or do without. I stepped foot out on the rec yard one last time in Febrary enduring corporal punishment from frigid temperatures.

32.) To this date the meager meals served in SHU have not gained much nutritional value since my initial confinement. By custom the SHU gets "the bottom of the barrell". We are served bad fruit & spoiled milk almost on a daily basis. The portions on the trays are only served adequately when there are visitors @ the facility. Spoons were seldomly provided for the first 14 months of my previous 18 month confinement & if you were not aware that they were not provided upon request &/or forgot & discarded it, then you may go over 5 days eating with your hands until spoons are issued.

33.) Before the dramatic improvements made October of 2021 it was not uncommon to find a live or dead cochroach in your meal every other day. Although not as frequent as before this an issue to this date in addition to what is believed to be vermin droplins. Officers do not replace trays even if contaminated & made aware of its inedebility. Nash, Whitehead, Brownfield & Lt's remained indiffrent.

34.) It is no surprize that I went from a solid 210 to a scrainy 175 LBS in a matter of weeks after being re-admitted to SHU. The conditions of confinement of this unit & defendants deliberate indiffrence to the obvious have taken its toll on my physical & mental health. I endure constant back & neck pain & my joints went stiff & rigid from infrequent use. I have suffered from heart burn, constipation, diareah, & stomach cramps percieved to be hunger pains.

- Attachment page -
(12)

## I. Statements of Claim Continued...

35.) Due to unsanitary conditions I suffer from an on-going foot fungus infection & other skin rashes & constant breakouts that med staff will not treat & do nothing other than recommend I buy over the counter medication for. This is also their responce for treating constant body aches & excruciating migraines. On the rare medical sick-calls I've been granted I've been told my blood pressure is high & abnormal. My cell mates often inform me that I wheeze alot while straining to breath in my sleep. Most if not all of these ailments & request for treatments have been ignored by medical staff. A separate suit on medical indifference has been filed & pending in this District (See: ZAVALA v. SPINDLE ET AL. case No. 1:20-CV-04416-SDE-RDC)

36.) Within the first month of this prolonged confinement I became lethargic & fell into a severe state of depression. Physical pain & uncontrolable anxiety have caused serious sleep deprivations from insomnia & hypervigilance. My stressed nerves cause jittery movements & communication/social skills have dwindeled even ending up on suicide watch on several occations. To this date I am taking diffrent anti-depressants & anxiety meds I was prescribed mid 2021. I was also placed on the psychology case load & Doctors now check on my state concerned of previous acts of slinging feces, self-harm, & setting fires during moments of distress & hearing voices.

37.) I believe the fact that im a federal detainee @ this facility while not convicted of any federal charges makes this confinement unconstitutional. But were the only notice, hearing, & sanction I

- Attachment Page -
(13)

I. Statement of Claims Continued...

recieved was originaly for a 30 day confinement. On September 18th, 2020 during a walk-through inspection I stoped Warden Nash & Jail Administrator Whitehead to inform them I was being held in SHU post the 30 day sanction recieved at my August, 13th diciplinary hearing. The obvious above stated punitive conditions I was held in & medical care denials were also stressed to them.

38.) Both administrators agreed with each other while informing me that I would have to wait for bed space in the Detention Unit & eventhough the issues I raised were ledgitimate "I should just be glad to have a working shower in my cell". Before leaving my door I requested urgently needed grievance forms which were denied. They insisted it was my counseors duty having full knowledge she never did rounds in SHU. Any form obtained at this time was thanks to inmate sources. I tried submiting one to no avail.

39.) Throughout September & all up until December 17th, 2021. I made numerous verbal request to Johnson, Westbrook, Nash, Whitehead, Odihambo for conditions that met standards of decency & a release to my respective Pre-Trial Detention Center Unit. At each walk through I was denied grievance forms or rufused acceptance of forms with the same excuses. It wasin't until December 17th, when Whitehead, Odihambo, & Brownfield (who had not made a round in a long time) that I was informed I was a "high custody" & would remain in SHU "until further notice". During this time I voiced the need for relief on the above stated issues while turning in another form obtained from inmates. Cpt. Brownfield was notified that prior forms were not processed or acknowledge

Attachment page
(14)

I. Statement of Claim Continued...

, that my counselor failed to do rounds & when she did failed to provide forms & that other staff was of no assistance aswell, even refusing to accept the grievances I obtained on my own. He ordered Ms. Whitehead to insure my form was processed & to provided more. She issued one claiming I could only grieve one issue at a time but the one submitted that day was never responded.

40.) Despite of endless request Warden Nash was of no assistance getting relief from medical conditions & SHU conditions until the time she left at the end of spring 2021. On January 4th, 2021 I presented the above stated issue to new SHU Lt. Harris who assured me he would have them addressed in due time but he could do nothing about my placement. Sometime before Easter of 2021, with no end to my confinement in sight, I became a psychological mess & ended up on suicide watch after a big shower fire was set. By this time defendants Nash, Whitehead, Brownfield, Harris, Odihambo, Johnson, Westbrook, Williams, & Arnold had sufficient knowledge that the obvious inhumane conditions were causing physical ailments & emotional distress.

41.) By April 15th, 2021 I was introduced to the new Cpt. over SHU operations Camareno, who fliped out & punched my cell door @ 205 or 206 upper because I had a sign on the window requesting relief & grievance forms to exhaust internal remedies. Explaining to Camareno that nothing ealse would get my needs met & showing him my obvious medical emergency was not enough to stop him from entering my cell, shuffleing & tearing up legal work, & scattering everything out into the range. As he escorted my cell mate

= Attachment page
(15)

I. Statement of Claims Continued...

& I to the intake area to be scanned for contraband we voiced the need for urgent relief from above mentioned violations. I demanded he figure out how much longer I would be held under such inhumane conditions without due-process of law. Mr. Camareno acknowledged I had legitimate issues & that he would take over from then on but I would remain in SHU until further notice. He the ordered I be deprived of all property, including hygene, & given paper garments to wear for 3 days because we had clothes hanging out to dry.

42.) From then on I would check-up with Camareno, Harris, Williams, & Arnold on my release status every other month & point out SHU conditions had not improved at all since their arrival. Throughout the spring & summer of 2021 defendants would provide the same excuse Ms. Nash did after the Easter fire. "We know this prison is a mess, you should have stayed out of trouble so you did not have to come here".

43.) In late July Lt. Arnold ordered that I be deprived of all property including hygene items, & placed in the left pocket observation cell for 3 day for no reason other than "not calming my celly down" during an argument with staff literally about spoiled milk. The conditions of the left pocket are the same to this date but its now closed with a sign stating "NO SHOWER". Both Lt. Arnold & Cpt. Camareno were continuesly bothered with my request for relief throughout the summer & relief did not come in the slightest form until mid-october after my complaints made it to outside authorities. By september 2021 Arnold & Camareno would claim "all I do is complain" when requesting

I. Statement of Claims Continue...

relief.

44.) Ms. Whitehead became feel up with my constant complaints &
attempts to use the administrative remedy program & by early march
2021 she introduce me to Unit manager Peterson / Dorsey claiming
she would address my concerns. Throughout the summer I also brought
my petitions for humane conditions & grievances to Ms. peterson to
no avail. She was aware that the obvious hazardous conditions were
deteriorating my physical & mental health. Also that I was not
given any hearing or periodic review for the additional time I
was confined under such punitive conditions. Peterson declared
my confinement was due to investigations & there was nothing
she could do about conditions because "there was alot going
on at the institution".

45.) Request for relief from these inhumane conditions & deprivation
of liberty without any notice, hearing, & paper-work stating a
justification, were made to several other officials & the SE region
office to no avail. Nevertheless the direct responsibility for my care
& treatment & the violation of my 5th, 8th, & 14th Amendment Rights
under the U.S. constitution were at all times due to the acts
& omissions of each defendants in both their official & individual
capacities while working for the BOP @ USP of ATL under color
of federal law. I have logged & can cite endless incidents on
camera where I confronted staff making verbal prayers for
relief & submitted grievances they refused to process.

46.) At all times each defendant had full knowledge of the
hazardous conditions of confinement & the unreasonable

Attachment Page
(17)

## I. Statement of Claim Continued . . .

level of harm they posed to my past, present, & future physical & mental health. The BOP & its staff, through extensive training, understands & knows that the treatment federal prisoners recieve in prison & the conditions under which I was confined are subject to scrutiny under the 8th Amendments of the US constitution. Lt. Williams did not acknowledge my prayers for relief until after my complaints were sent out through a peers attorney so they could not be intercepted by corrupt mail handlers seeking retaliation. In late October Williams even offered me an opportunity out of my cell to paint the dorm. Every defendant, eighther through deliberate acts or callous indiffrences are liable for these cruel & unusual punishments in violation of the 8th AUSC.

17.) All defendants aside from Johnson & Westbrook had a duty to provide me a notice, periodic review, or significant hearing in which I could be present & know why & for how long I would be confined in such punitive conditions. All officials at some point denied me these rights through misleading statements & it was not until Peterson/Dorsey informed me I was under "Investigation" that I had any clear idea of what was happening. Nonetheless, I was due some type of procedural process before taking my liberty & confining me to atypical hardships but refused such.

18.) The violation of rights & damages therefrom could have been mitigated but the custom of staff & administrators @ USP of ATL was, & still is to create barriers to the successfull exhaustion of Administrative Remedies. After persisting agianst their corrupt obstructions I was not only threatened with physical harm & for my circumstances be made worse, but actually retaliated agianst by the

— Attachment page —
(18)

# I. Statement of Claim

the malicious interception & mishandling of both legal & personal mail. Assuming this complaint makes it to this Hon. Court im prepared to prove all allegations through witness affidavits & logs of dates, times, & location for camera review. Administrative remedy unavailability & retaliations for persisting on its use will also be exposed. This court should also note that I am currently in SHU deprived of law-library access. 1st Amendment claims coming soon. These fine folks are even refusing to provide writing materials! x END OF STATEMENT x

Respectfully,
JAILED ZAPATA

LF 028
Rev. 11/04/2019



SEE previous attached pages
-1 through 18

## VII.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

physical & psychological injuries described in section VI statement of claims

## VIII.    Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) I pray this court grants a declaration that the acts & omissions described herein violate my rights under the constitutions & laws of the United States. 2.) a preliminary & permanent injunction ordering current SHU staff & admin to remedy on going issues & have the water tested immediately. 3.) I'm seeking compensatory damages in the amount of $13,000 for every month of physical & psychological injuries, & emotional distressed endured from this punitive confinement under the custody of each defendant as well as $7,000 per month in punitive damages against each defendant jointly & severally. 4.) The right to a jury trial is demanded for all issues triable by a jury of my peers. 5.) I'm also seeking cost in this suit & all or any

5

LF 028
Rev. 11/04/2019

additional relief this court deems, just, proper,
& equitable.
        + The basis of these claims are calculated
from the amount of time I spent enduring harm
to my past, present, & future physical & mental
health without any due-process of law granted.

Signed this ___22___ day of ___July_____, 20 22.

Signature of Plaintiff

**STATE OF** ___Georgia_____
**COUNTY (CITY) OF** ___Fulton_____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** ___July, 22, 2022_____
(Date)

Signature of Plaintiff

6